BRYANT v MICHIGAN BOARD OF LAW EXAMINERS. (Docket Nos. 57286–57296.) Plaintiffs-petitioners' emergency amended complaint for superintending control is considered and the same is hereby denied for lack of merit in the grounds presented. *Elbert L. Hatchett* for plaintiffs-petitioners. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Jann C. Ryan,* Assistant Attorney General, for defendants-respondents.

PEOPLE v AINSCOUGH. (Docket No. 56503.) The motion to withdraw as counsel filed on behalf of defendant-appellant by the State Appellate Defender's Office is considered and the same is hereby granted. Defendant-appellant's motion for appointment of counsel previously filed with this Court is hereby denied. The Wayne County Prosecutor's Office is directed to file an answer to appellant's *in propria persona* delayed application for leave to appeal within 20 days of certification of this order. State Appellate Defender for defendant-appellant. Case below, Court of Appeals No. 17333.

PEOPLE v WATSON. (Docket No. 56150.) Leave to appeal is considered and, it appearing to this Court that the cases of *People v Jenkins* (Docket No. 54676) and *People v Fuller* (Docket No. 54738) are presently pending on appeal before this Court and that the decisions in those cases may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *People v Jenkins* and *People v Fuller. Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Timothy A. Baughman,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported below: 52 Mich App 211.